# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE
# CIVIL ACTION NO. 3:08CV-P634-H

**JAMES CALVIN RODGERS FERGUSON**                                                      **PLAINTIFF**

**v.**

**LOUISVILLE METRO POLICE** *et al.*                                                   **DEFENDANTS**

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, and the Court being otherwise sufficiently advised, **IT IS ORDERED** that the instant action is **DISMISSED without prejudice**.

There being no just reason for delay in its entry, this is a final Order.

This Court further **certifies** that an appeal would not be taken in good faith.  *See* 28 U.S.C. § 1915(a)(3).

Date:

4412.005